IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No.  9:22-cv-81569-AMC

LEGACY KNIGHT STRATEGIC OPPORTUNITIES FUND-PARALLEL SERIES,

 Plaintiff,

v.

WILLIAM "BEAU" WRIGLEY, JR., JAMES HOLMES, JAMES WHITCOMB, SH PARENT INC. d/b/a PARALLEL, and SURTERRA HOLDINGS, INC.

 Defendants.

_____

## **CERTIFICATE OF INTERESTED PARTIES**

 Pursuant to the Court's Order Requiring Joint Scheduling Report and Certificates of Interested Parties (ECF No. 49), Defendant James Whitcomb ("Mr. Whitcomb"), by and through his undersigned counsel, hereby files his Certificate of Interested Parties and states as follows:

 Other than the parties, the parties' counsel and any persons or entities named in the other parties' Corporate Disclosure Statements, Mr. Whitcomb is unaware of any persons, firms, partnerships, or corporations that may have any financial interest in the outcome of this case.

Saul Ewing, LLP

Case No. 9:22-cv-81569-AMC

| | |
|---|---|
| Dated: October 30, 2023 | By: /s/ *Steven M. Dickstein*<br>**Hilda Piloto**<br>Florida Bar No. 0154120<br>**Steven M. Dickstein**<br>Florida Bar No. 1010439<br>701 Brickell Avenue, 17th Floor<br>Miami, FL 33131<br>(T): (305) 428-4500<br>E-mail address:<br>hilda.piloto@saul.com<br>steven.dickstein@saul.com<br>jeffrey.gilbert@saul.com<br>mia-ctdocs@saul.com<br><br>**Casey T. Grabenstein (*pro hac vice*)**<br>161 N. Clark St., Suite 4200<br>Chicago, IL 60601<br>(T): (312) 876-7100<br>(F): (312) 876-0288<br>casey.grabenstein@saul.com<br><br>**John F. Stoviak (*pro hac vice*)**<br>1200 Liberty Ridge Drive, Suite 200<br>Wayne, PA 19087-5569<br>(T): (610) 251-5050<br>(F): (610) 651-5930<br>john.stoviak@saul.com<br><br>*Attorneys for Defendant SH Parent, Inc. and Surterra Holdings, Inc.* |

Saul Ewing, LLP

Case No. 9:22-cv-81569-AMC

## CERTIFICATION OF SERVICE

I HEREBY CERTIFY that on October 30, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

By: /s/ *Steven M. Dickstein*
Steven M. Dickstein
Florida Bar No. 1010439

Saul Ewing, LLP