# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

**This Order applies to the following cases:**

**No. 9:20-cv-82156-***Lucibella v. Town of Ocean Ridge et al.*- LEIBOWITZ

**No. 9:22-cv-80360-***TradeInvest Asset Management Company (BVI) Ltd. et al v. Wrigley Jr. et al.*- LEIBOWITZ

**No. 9:22-cv-81569-***Legacy Knight Strategic Opportunities Fund-Parallel Series v. Wrigley Jr. et al.*- LEIBOWITZ

**No. 9:23-cv-81273-***Osborne v. Cinemark USA, Inc.*- LEIBOWITZ

**No. 9:23-cv-81287-***Freeman v. Jupiter Inlet Colony*- LEIBOWITZ

## ORDER

Upon a *sua sponte* review of the record, it is hereby **ORDERED AND ADJUDGED** that a Status Conference is set for **Wednesday, April 10, 2024, at 2:00 p.m. via Zoom.** At the conference, the parties must be prepared to address the overall status and procedural history of the case, any pending motions, and scheduling matters. At least one counsel of record shall appear for each party.

To join the Zoom status conference, click on the link below.

https://www.zoomgov.com/j/1613455938?pwd=dkE0bXJNRDVvdTFhbzRzR2pSREU2QT09

Meeting ID: 161 345 5938 / Passcode: 149485

**DONE AND ORDERED** in the Southern District of Florida this 25th day of March, 2024.

                                                                    _____
                                                                    **DAVID S. LEIBOWITZ**
                                                                    **UNITED STATES DISTRICT JUDGE**

cc:   counsel of record