# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

**This Notice applies to the following cases:**

**No. 9:20-cv-82156-***Lucibella v. Town of Ocean Ridge et al.*- LEIBOWITZ

**No. 9:22-cv-80360-***TradeInvest Asset Management Company (BVI) Ltd. et al v. Wrigley Jr. et al.*- LEIBOWITZ

**No. 9:22-cv-81569-***Legacy Knight Strategic Opportunities Fund-Parallel Series v. Wrigley Jr. et al.*- LEIBOWITZ

**No. 9:23-cv-81273-***Osborne v. Cinemark USA, Inc.*- LEIBOWITZ

**No. 9:23-cv-81287-***Freeman v. Jupiter Inlet Colony*- LEIBOWITZ

**No. 9:23-cv-80244-***John Nevado, et al. v. Office Depot, LLC*-LEIBOWITZ

---

## NOTICE OF CHANGED ZOOM LINK

PLEASE TAKE NOTICE that the Zoom Information for the Status Conference set for **Wednesday, April 10, 2024, at 2:00 p.m. via Zoom** has changed. **Please use the following Zoom Link, Meeting ID, and Passcode to attend the conference.**

https://www.zoomgov.com/j/1610282938?pwd=NmRNSlowbG0vZ1g1bXhLWnJmQVB6QT09

Meeting ID: 161 028 2938 / Passcode: 489891


cc:     counsel of record