UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:22-cv-81569-LEIBOWITZ/Reinhart

LEGACY KNIGHT STRATEGIC
OPPORTUNITIES FUND-PARALLEL SERIES,

    *Plaintiff*,

v.

WILLIAM BEAU WRIGLEY, JR., et al.,

    *Defendants*.
_____/

### ORDER

This cause comes before the Court on the parties' Joint Stipulation of Dismissal with Prejudice [ECF No. 93] pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii). Being fully advised, it is **ORDERED AND ADJUDGED** that this action is **DISMISSED** *with prejudice*. Each party shall bear its own attorneys' fees and costs. The Clerk of Court is directed to **CLOSE** this case. All pending deadlines are **TERMINATED**, and any pending motions are **DENIED** as moot.

**DONE AND ORDERED** in the Southern District of Florida on August 22, 2024.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:    counsel of record